UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00335

**Dexter D. Fields-Kay,**
*Plaintiff,*

v.

**Sheriff Larry Smith, et al.,**
*Defendants.*

Before BARKER, *District Judge*

### ORDER

On July 22, 2019, plaintiff Dexter D. Fields-Kay filed this case pursuant to 42 U.S.C. § 1983. Doc. 1. The case was referred United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 3.

On December 9, 2019, Judge Love issued a report and recommendation that the complaint be dismissed without prejudice for want of prosecution and failure to obey a court order. Doc. 22. The report and recommendation was mailed to plaintiff at his address of record, and plaintiff acknowledged receipt of the report on January 5, 2020. Doc. 27. The report informed plaintiff of his right to file written objections within 14 days and warned that a failure to do so would bar a party from de novo review by the district judge. *Id.* More than 14 days have passed since plaintiff has received the report and recommendation and no objections have been filed.

The court finds no "clear error on the face of the record" in Judge Love's report. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc). Accordingly, the report and recommendation is **adopted**. The complaint is **dismissed without prejudice** for failure to prosecute and for failure to comply with a court order. All motions not previously ruled on are **denied**. The clerk of court is **directed** to close this case.

*So ordered by the court on February 13, 2020.*

J. CAMPBELL BARKER
United States District Judge